

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

United States of America
v.
Fajerstein Diamond Importers & Cutters, Inc
and
Ronald Fajerstein

Case Number: 2007-cv-06669

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Fajerstein Diamond Importers & Cutters, Inc.

and

Ronald Fajerstein

**FILED**
J:N   JAN 2 8 2008   JAN 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | William F. Marutzky |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ |
| FIRM | Law Offices of William F. Marutzky |
| STREET ADDRESS | Suite 4000  70 West Madison Street |
| CITY/STATE/ZIP | Chicago, Illinois  60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | A.R.D.C. Reg No 1784838 |
| TELEPHONE NUMBER | (312) 604-2600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |